# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-1090

_____

| | | |
|---|---|---|
| Ahmed Mohammed Ajaj, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Communications Data Services, Inc.; | * | Southern District of Iowa. |
| United States of America; Malcolm | * | |
| Netburn; Michael Atwood; Karla | * | [UNPUBLISHED] |
| Butler; Harley Lappin; Federal Bureau | * | |
| of Prisons; John Doe, #1; John Doe, | * | |
| #2; John Doe, #3; John Doe, #4, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: August 3, 2011
Filed: August 8, 2011

_____

Before WOLLMAN, SMITH, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Ahmed Ajaj appeals the district court's[1] order dismissing his civil rights action, in part without prejudice. Having carefully reviewed the record, we conclude that dismissal was proper for the reasons the district court stated. See 8th Cir. R. 47B.

_____

[1]The Honorable Ronald E. Longstaff, United States District Judge for the Southern District of Iowa.

We further conclude that the district court did not abuse its discretion in declining to appoint Ajaj counsel.  <u>See</u> <u>Davis v. Scott</u>, 94 F.3d 444, 447 (8th Cir. 1996). Accordingly, we affirm the judgment and deny as moot Ajaj's pending motions.

_____